# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEVONTA KEYSHAWN LEWIS,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
STEFANY MILEY, DISTRICT JUDGE,
Respondents,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 71891

FILED

DEC 19 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## ORDER DENYING PETITION

This is an original petition for a writ of prohibition or mandamus challenging a district court decision denying in part a pretrial petition for writ of habeas corpus.

Having considered the documents before this court, we conclude that petitioner has not met his burden of demonstrating that extraordinary writ relief is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (providing that petitioner bears the burden of demonstrating that extraordinary relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851

16-39314

(1991) (explaining that it is within this court's sole discretion to determine if a writ petition will be considered); NRAP 21(b)(1). Accordingly, we ORDER the petition DENIED.[1]

_____Cherry_____, J.
Cherry

_____Douglas_____, J.
Douglas

_____Gibbons_____, J.
Gibbons

cc: Hon. Stefany Miley, District Judge
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

---

[1]In light of our denial of the petition, petitioner's motion to be released on his own recognizance pending our review of the petition is moot, and we therefore deny it.